AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Julio Santos Padilla | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.    4:14-cv-769-RMG |
| Leroy Morgan, Kenny Atkinson, Warden | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with
costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the petitioner *(name)* _____.

■   other: This case is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge.

Date:    July 11, 2014                                   *CLERK OF COURT*

                                                s/Debbie Stokes
                                    _____
                                         *Signature of Clerk or Deputy Clerk*